# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157930(20)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IN THE MATTER OF

THERESA M. BRENNAN, JUDGE
53rd DISTRICT COURT

SC: 157930
JTC Formal Complaint No. 99

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Chief Justice, the motion of respondent judge to file a corrected brief in support of the petition is GRANTED. The corrected brief submitted on May 21, 2019, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019

Clerk